19  CV1595v



1  Joshua G. Harris
   283 Colvin Ave
2  Buffalo NY, 14216
   716.598.0150 |
3  Joshua.Harris14217@gmail.com

# UNITED STATES DISTRICT COURT WESTERN DISTRICT

| | |
|---|---|
| JOSHUA G. HARRIS | Case No. |
| Counterclaim Plaintiff / Original Defendant in Error, | |
| vs. | NOTICE OF REMOVAL & COUNTERCLAIM UNDER ACTION 28 USC §1442(A)(1)(D)(1) & |
| JOHN MCEVOY, UNIDENTIFED PEACE OFFICER SUPERVISOR1 UNIDENTIFED PEACE OFFICER SUPERVISOR2, PEACE OFFICER# 7697, UNIDENTIFED PEACE OFFICER1, UNIDENTIFED PEACE OFFICER2, UNIDENTIFED PEACE OFFICER3, HIBA KHALIL, KAYLA WISE, NEW YORK STATE COURTS, BUFFALO POLICE DEPARTMENT, CITY OF BUFFALO, STATE OF NEW YORK | 42 USC § 1983 (FEDERAL QUESTION) |
| Counterclaim Defendants/ Original Plaintiff | |

**TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE:**

That Joshua G. Harris, named as a Defendant in the above captioned action in Case Number 19-1980393 in the files and records of known as the Buffalo City Court of New York State, hereby files in the United Stated District court for the Western District of New York a Notice of Removal of said action to the said United States District Court, pursuant to 28 USC § 1442(A)(1) and (D)(1) and Defendant is also proceeding in propria persona in this civil rights action pursuant to 42 U.S.C. § 1983, removal is appropriate for "any civil action brought in a State court of which the district courts of the United States have original jurisdiction. This Court has original jurisdiction under 28 USC § 1442, copies of the original Complaint, the Summons, and the Civil Cover Sheet are attached hereto as Exhibit A, B, & C respectively.

## Certificate of Service

I HEREBY CERTIFY sent a copy of this notice to District Attorney representing John McEvoy hand delivered at City Court of Buffalo located at 50 Delaware Avenue Buffalo, NY 14202.

Dated this day of Novemeber 23, 2019.

_____
Joshua G. Harris