
Joshua G. Harris
283 Colvin Ave
Buffalo NY, 14216
716.598.0150 |
Joshua.Harris14217@gmail.com



# UNITED STATES DISTRICT COURT WESTERN DISTRICT

| | |
|---|---|
| JOSHUA G. HARRIS | Case No. 19-CV-1595 |
| Counterclaim Plaintiff / Original Defendant in Error, | |
| vs. | INDEX OF STATE COURT PROCEEDINGS |
| JOHN MCEVOY, UNIDENTIFED PEACE OFFICER SUPERVISOR1 UNIDENTIFED PEACE OFFICER SUPERVISOR2, PEACE OFFICER# 7697, UNIDENTIFED PEACE OFFICER1, UNIDENTIFED PEACE OFFICER2, UNIDENTIFED PEACE OFFICER3, HIBA KHALIL, KAYLA WISE, NEW YORK STATE COURTS, BUFFALO POLICE DEPARTMENT, CITY OF BUFFALO, STATE OF NEW YORK | |
| Counterclaim Defendants/ Original Plaintiff | |

**TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE:**

**Index of Notices, Motions, Orders from State Court**

That Joshua G. Harris, named as a Defendant in the above captioned action in Case Number 19-1980393 in the files and records of known as the Buffalo City Court of New York State, hereby files herby files an index of series of motions, notices, and orders from those lower courts listed Exhibit D and Exhibit M, along with the copies of the original Complaint, the Notice of Removal, and the Civil Cover Sheet which were previously attached hereto as Exhibit A, B, & C, respectively as follows:

Exhibit D: Arrest/Booking Report

Exhibit E: Tyler Reimers's Affidavit

Exhibit F: Notice of Defendant's Demand for Discovery and Particulars

Exhibit G: Accusatory Instrument Trespass

Exhibit H: Accusatory Instrument Resisting Arrest

Exhibit I: Accusatory Instrument Disorderly Conduct

Exhibit J: Motion of Dismissal

Exhibit K: Anthony Perna's Answering Affidavit

Exhibit L: Wavier of Council

Dated this day of January 15, 2020.

_____
Joshua G. Harris