Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Joshua G. Harris

v.

John McEvoy et al.,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-CV-1595

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this matter is remanded to state court.

Date: July 10, 2020

MARY C. LOEWENGUTH
CLERK OF COURT

By: Barbara Keenan
     Deputy Clerk